IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 14-cv-1721-WJM

ONSFORD SMITH,

    Plaintiff,

v.

ALLIANCE DATA,

    Defendant.

_____

**ORDER ADOPTING AUGUST 11, 2014 RECOMMENDATION OF MAGISTRATE JUDGE AND DISMISSING PLAINTIFF'S COMPLAINT**
_____

This matter is before the Court on the August 11, 2014 Recommendation of United States Magistrate Judge Kristen L. Mix (the "Recommendation") that Plaintiff's complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 11.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 11 at 7.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991)

("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 11) is ADOPTED in its entirety;

(2) Plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b); and

(3) The Clerk shall close the case.

Dated this 9th day of January, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge