**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-01721-WJM

ONSFORD SMITH,

    Plaintiff,

v.

ALLIANCE DATA,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Adopting August 11, 2014 Recommendation of Magistrate Judge and Dismissing Plaintiff's Complaint entered by the Honorable William J. Martínez, United States District Judge, on January 9, 2015,

IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 11) is ADOPTED in its entirety. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that each party shall pay his/its own costs.

Dated at Denver, Colorado this __12th__ day of January 2015.

                                            BY THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By: __s/Deborah Hansen__
                                            Deborah Hansen, Deputy Clerk